FILED

SEP -1 [illegible]

[illegible] DISTRICT COURT



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF      CV 09 80204 MISC

                                                                    VRW

David Allen Malmuth - #61992

_____/

**ORDER TO SHOW CAUSE**

It appearing that David Allen Malmuth has been enrolled as an inactive member of the State Bar of California pursuant to Rule 9.31 of the California Rules of Court and that he may not practice law while so enrolled effective July 1, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before October 1, 2009 as to why he should not be suspended from practice before this Court.

Dated:

_____
VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

David Allen Malmuth
Attorney at Law
1099 Homestead Avenue
Walnut Creek, CA 94598